IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOULDER VALLEY CREDIT UNION, )<br>A Colorado Chartered Credit Union, )<br>                                                      )<br>           Plaintiff,            )<br>                                                      )<br>     v.                              )<br>                                                      )<br>CORNERSTONE BANK, A Nebraska )<br>Bank Corporation,                    )<br>                                                      )<br>           Defendant.        )<br>_____ ) | 8:10CV125<br><br>ORDER |

Upon notice of settlement given to the court by plaintiff's counsel, Jeffrey A. Silver,

**IT IS ORDERED:**

1.   On or before **June 25, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2.   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.   All other deadlines in this case are suspended or cancelled upon the representation that the case is settled.

**DATED May 24, 2010.**

                                                            BY THE COURT:

                                                            s/ F.A. Gossett
                                                            United States Magistrate Judge