# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BOULDER VALLEY CREDIT UNION,** A Colorado Chartered Credit Union, | ) ) ) | CASE NO. 8:10CV125 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| **CORNERSTONE BANK, A Nebraska Bank Corporation,** | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 21). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each party will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1.  The parties' Joint Stipulation for Dismissal (Filing No. 21) is approved;

2.  All claims asserted by Plaintiff Boulder Valley Credit Union against Defendant Cornerstone Bank, are dismissed with prejudice;

3.  Each party will pay its own costs and attorney fees; and

4.  All other pending motions and objections are denied as moot.

DATED this 18th day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge